Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (fax)
*Attorney for Plaintiff William Gilliard III*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Carvana, LLC, et al.<br><br>　　　　　　　　Defendants. | CASE NO. 2:20-CV-01923-SRB<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A), Plaintiff hereby voluntarily dismisses all claims against Defendant Chris Santone and Defendant Bret Sassenberg.

Respectfully submitted on this 30th day of November, 2020,

　　　　　　　　　　　　　　　　　　JOSHUA CARDEN LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　<u>By: /s/Joshua W. Carden</u>
　　　　　　　　　　　　　　　　　　Joshua W. Carden
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*William Gilliard III*

