1  R. Shawn Oller; AZ Bar No. 019233
   soller@littler.com
2  Peter C. Prynkiewicz; AZ Bar No. 015256
   pprynkiewicz@littler.com
3  LITTLER MENDELSON, P.C.
   Camelback Esplanade
4  2425 East Camelback Road, Suite 900
   Phoenix, AZ  85016
5  Telephone:   602.474.3600
   Facsimile:    602.957.1801
6
7  Attorneys for Defendant
   Carvana, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>    Plaintiff,<br><br>v.<br><br>Carvana, LLC; Chris Santone, and Brett Sassenberg,<br><br>    Defendants. | Case No. 2:20-cv-01923-SRB<br><br>**CARVANA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Carvana, LLC hereby discloses that it is owned by Carvana Co., which is a publicly traded company on The New York Stock Exchange trading under the ticker symbol CVNA. Defendant Carvana, LLC has no other parent corporation and no other publicly held corporation owns 10% or more of its stock.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

DATED this 7th day of December 2020.

        *s/ Peter C. Prynkiewicz*
        R. Shawn Oller
        Peter C. Prynkiewicz
        LITTLER MENDELSON, P.C.
        Attorneys for Defendant Carvana, LLC

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 7th day of December 2020 to:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Rd., Suite 410
Scottsdale, AZ 85254
*Attorneys for Plaintiff*

*s/ Tisha A. Davis*
4831-6104-7247.1 103092.1006

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-