Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (fax)
*Attorney for Plaintiff William Gilliard III*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>                    Plaintiff,<br><br>v.<br><br>Carvana, LLC,<br><br>                    Defendant. | CASE NO. 2:20-CV-01923-SRB<br><br>**NOTICE OF SERVICE OF STANDING ORDER DISCLOSURES** |

Comes now Plaintiff, by and through undersigned counsel, and hereby gives notice that he served on Defendant's counsel, disclosures pursuant to this Court's Standing Order for Certain Employment Cases on January 15, 2021, by electronic mail.

Respectfully submitted this 15th day of January, 2021,

                              JOSHUA CARDEN LAW FIRM, P.C.

                              By: /s/Joshua W. Carden
                              Joshua W. Carden
                              *Attorneys for Plaintiff*
                              *William Gilliard III*

