Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (fax)
*Attorney for Plaintiff William Gilliard III*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>    Plaintiff,<br><br>v.<br><br>Carvana, LLC,<br><br>    Defendant. | CASE NO. 2:20-CV-01923-DLR<br><br>**NOTICE OF SERVICE OF WRITTEN DISCOVERY REQUESTS** |

Comes now Plaintiff, by and through undersigned counsel, and hereby gives notice that he served on Defendant's counsel, Plaintiff's First Request for Admissions, First Set of Interrogatories and First Requests for Production to Defendant on January 26, 2021, by electronic mail.

Respectfully submitted this 26th day of January, 2021,

JOSHUA CARDEN LAW FIRM, P.C.

By: /s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*William Gilliard III*

