R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile:  602.957.1801

Attorneys for Defendant
Carvana, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III, | Case No. 2:20-cv-01923-SRB |
| Plaintiff, | **DEFENDANT CARVANA, LLC'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Carvana, LLC; Chris Santone, and Brett Sassenberg, | |
| Defendants. | |

Defendant Carvana, LLC, by and through undersigned counsel, hereby gives notice that it served Defendant's First Set of Interrogatories and Requests for Production upon counsel for Plaintiff via email on January 26, 2021.

DATED this 26th day of January, 2021.

s/ Peter C. Prynkiewicz
R. Shawn Oller
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendant Carvana, LLC

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 26th day of January, 2021, to:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Rd., Suite 410
Scottsdale, AZ 85254
*Attorneys for Plaintiff*

*s/ Tisha A. Davis*
4815-2129-5577.1 103092.1006

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-