R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
Carvana, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Carvana, LLC; Chris Santone, and Brett Sassenberg,<br><br>　　　　Defendants. | Case No. 2:20-cv-01923-SRB<br><br>**DEFENDANT CARVANA, LLC'S NOTICE OF SERVICE OF DISCOVERY** |

　　　　Defendant Carvana, LLC, by and through undersigned counsel, hereby gives notice that it served Defendant's Second Set of Requests for Production upon counsel for Plaintiff via e-mail on October 8, 2021.

　　　　DATED this 8th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　*s/ Peter C. Prynkiewicz*
　　　　　　　　　　　　　　　　　　　　R. Shawn Oller
　　　　　　　　　　　　　　　　　　　　Peter C. Prynkiewicz
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Carvana, LLC

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 8th day of October, 2021, to:

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204
joshua@cardenlivesay.com
*Attorney for Plaintiff*

*s/ Tisha A. Davis*
4846-2754-2014.1 / 103092-1006

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600