**CARDEN LIVESAY LTD**
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Carvana, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:20-CV-01923-ROS<br><br>**STIPULATION TO EXTEND REMAINING CASE DEADLINES AND RESCHEDULE DECEMBER 8, 2021 STATUS CONFERENCE** |

  Plaintiff William L. Gilliard, III and Defendant Carvana, LLC hereby stipulate and respectfully request a 60-day extension to the remaining case deadlines set forth in the Court's



1

February 9, 2021 Scheduling Order and request that the December 8, 2021 Status Conference be rescheduled. This is the parties' first request for such an extension.

The parties are requesting the instant extension because they have been unable to complete key remaining depositions due to scheduling conflicts (Plaintiff's counsel had jury trials in this Court both June and July – including the *Alozie* matter before this division) and, moreover, counsel for Plaintiff has been out of the office for two weeks with Covid-19 and is still not quite fully recovered though he is back in the office as of this week. As such, counsel for Plaintiff has needed time to fully recuperate and get back up to speed in all of his matters, including this one. Accordingly, the parties stipulate that the remaining deadlines in this matter be extended by 60-days, as follows:

| **Deadline** | **Current Date** | **Extension Date** |
| --- | --- | --- |
| Completion of fact discovery | November 12, 2021 | January 11, 2022 |
| Expert depositions | November 12, 2021 | January 11, 2022 |
| Good faith settlement talks | November 12, 2021 | January 11, 2022 |
| Dispositive motions and motions challenging expert opinion testimony | December 17, 2021 | February 15, 2022 |

The parties additionally request that if the extension is granted, the December 8, 2021 Status Conference be reset approximately 60 days as well.

A proposed form of order is submitted herewith.

Respectfully submitted on this 20th day of October, 2021.

CARDEN LIVESAY, LTD.

By: s/Joshua W. Carden
Joshua W. Carden
*Attorney for Plaintiff*

LITTLER MENDELSON, P.C.

By: s/Peter C. Prynkiewicz  (*with permission)*
Peter C. Prynkiewicz
R. Shawn Oller
*Attorneys for Defendant*



2

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

