**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| William L. Gilliard III, | Case No. 2:20-CV-01923-ROS |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| Carvana, LLC, | |
| Defendant. | |

Plaintiff William L. Gilliard III, by and through the undersigned counsel, hereby gives notice that he has served his Response to Defendant Carvana's Second Set of Requests for Production on Defendant via electronic service on the 19th day of November, 2021.

Respectfully submitted on this 19th day of November, 2021.

CARDEN LIVESAY, LTD.

By: /s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*William Gilliard III*



1