R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
Carvana, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III, | Case No. 2:20-cv-01923-ROS |
| Plaintiff, | **DEFENDANT CARVANA, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF WILLIAM L. GILLIARD III** |
| v. | |
| Carvana, LLC; Chris Santone, and Brett Sassenberg, | **(Via Zoom)** |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Fed. R. Civ. P., the deposition will be taken upon oral examination of the person whose name is stated below at the time and place indicated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**          **William L. Gilliard III**

**DATE AND TIME OF DEPOSITION:**    **December 22, 2021, at 9:00 a.m.**

**PLACE OF DEPOSITION:**            **Littler Mendelson**
                                    **2425 E. Camelback Road, Suite 200**
                                    **Phoenix, Arizona 85016**

Requests for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of a scheduled court proceeding. Also, the court reporter will provide the participants with an invitation to join the deposition via Zoom, which can be accepted via the link sent by the court reporter.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

DATED this 13th day of December, 2021.

*s/R. Shawn Oller*

R. Shawn Oller
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendant Carvana, LLC

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 13th day of December, 2021, to:

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204
joshua@cardenlivesay.com
*Attorney for Plaintiff*

and

DepoTech
2415 E. Camelback Road
Suite 700
Phoenix, AZ  85016
Jessica@depotechnologies.com

*s/Stephany Mitchell*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-