R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:     602.957.1801

Attorneys for Defendant
Carvana, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>    Plaintiff,<br><br>v.<br><br>Carvana, LLC,<br><br>    Defendant. | Case No. 2:20-cv-01923-ROS<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE**<br><br>**(SECOND REQUEST)** |

      Plaintiff William L. Gilliard III and Defendant Carvana, LLC, stipulate to the extension of the discovery deadline from its current date of January 11, 2022, to the date of January 24, 2022.  This is the parties' second request for an extension.

      On October 20, 2021, the parties stipulated to extend the remaining case deadlines by 60 days to allow Plaintiff's counsel to recover from Covid-19 and due to resulting scheduling conflicts [Dkt. 25].  On November 3, 2021, the Court granted the parties' request extending, among other deadlines, the discovery deadline to January 11, 2022 [Dkt. 26].  On December 8, 2021, more than 30 days before the discovery deadline, Defendant Carvana served additional written discovery on Plaintiff [Dkt. 28].

      The Parties' request the additional thirteen days of discovery to comply with the Court's requirement in the original Scheduling Order issued by Judge Rayes that that written discovery be served at least 45 days before the discovery deadline [Dkt. 18].  This brief extension of time

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

is not requested for the purposes of delay and, importantly, will not affect any other case deadlines.

DATED this 22 day of December 2021.

*s/Joshua W. Carden (with permission)*
Joshua W. Carden
CARDEN LIVESAY, LTD.

*Attorney for Plaintiff*
*William L. Gilliard III*

*s/R. Shawn Oller*
R. Shawn Oller
Peter C. Prynkiewicz
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
*Carvana, LLC*

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*s/ R. Shawn Oller*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 22nd day of December, 2021, to:

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204
joshua@cardenlivesay.com
*Attorney for Plaintiff*

*s/Stephany Mitchell*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-