**CARDEN LIVESAY**
**LTD**
**ATTORNEYS AT LAW**

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III, | Case No. 2:20-CV-01923-ROS |
| Plaintiff, | **NOTICE OF DEPOSITION OF BRET SASSENBERG** |
| v. | |
| Carvana, LLC, | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30 of Federal Rules of Civil Procedure and the agreement of counsel, Plaintiff will take the deposition of the person named below, upon oral examination by stenographic means, at the time and place stated below before an officer authorized by law to administer oaths:

PERSON TO BE EXAMINED:       Bret Sassenberg

DATE/TIME OF EXAMINATION:    January 11, 2022 at 10:00 a.m.

PLACE OF EXAMINATION:        Zoom

COURT REPORTER:              Herder & Associates, Inc.
                             Two N. Central Avenue, Suite 1800
                             Phoenix, AZ 85004
                             (480) 481-0649



1  Said deposition will continue from day-to-day thereafter, Saturdays, Sundays, and holidays
2  excepted, until completed, unless otherwise agreed by the parties.
3  Respectfully submitted on this 5th day of January, 2022.

CARDEN LIVESAY, LTD.

By: s/Joshua W. Carden
Joshua W. Carden
*Attorney for Plaintiff*

