**CARDEN LIVESAY**
LTD
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III, | Case No. 2:20-CV-01923-ROS |
| Plaintiff, | **NOTICE OF DEPOSITION OF CHRIS SANTONE** |
| v. | |
| Carvana, LLC, | |
| Defendant. | |

     YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30 of Federal Rules of Civil Procedure and the agreement of counsel, Plaintiff will take the deposition of the person named below, upon oral examination by stenographic means, at the time and place stated below before an officer authorized by law to administer oaths:

| | |
|---|---|
| PERSON TO BE EXAMINED: | Chris Santone |
| DATE/TIME OF EXAMINATION: | January 11, 2022 at 1:30 p.m. |
| PLACE OF EXAMINATION: | Zoom |
| COURT REPORTER: | Herder & Associates, Inc.<br>Two N. Central Avenue, Suite 1800<br>Phoenix, AZ 85004<br>(480) 481-0649 |



1  Said deposition will continue from day-to-day thereafter, Saturdays, Sundays, and holidays
2  excepted, until completed, unless otherwise agreed by the parties.
3        Respectfully submitted on this 5th day of January, 2022.

                        CARDEN LIVESAY, LTD.

                        By: s/Joshua W. Carden
                        Joshua W. Carden
                        *Attorney for Plaintiff*

