1  R. Shawn Oller; AZ Bar No. 019233
   soller@littler.com
2  Peter C. Prynkiewicz; AZ Bar No. 015256
   pprynkiewicz@littler.com
3  LITTLER MENDELSON, P.C.
   Camelback Esplanade
4  2425 East Camelback Road, Suite 900
   Phoenix, AZ 85016
5  Telephone:   602.474.3600
   Facsimile:   602.957.1801

   Attorneys for Defendant
   Carvana, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| William L. Gilliard III, | Case No. 2:20-cv-01923-ROS |
|---|---|
| Plaintiff, | **FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |
| v. | |
| Carvana, LLC, | |
| Defendant. | |

The parties, by and through their undersigned counsel, hereby submit their First Notice of Discovery and Settlement pursuant to this Court's Scheduling Order dated November 3, 2021. As of the filing of this Notice, the parties have engaged in preliminary settlement discussions. With regard to the progress of discovery, the parties have exchanged initial disclosures, exchanged written discovery and completed depositions of Plaintiff, Bret Sassenberg, and Chris Santone.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

DATED this 11th day of January 2022.

*s/ Joshua W. Carden (with permission)*
Joshua W. Carden
CARDEN LIVESAY, LTD.

*Attorney for Plaintiff*
*William L. Gilliard III*

*s/ R. Shawn Oller*
R. Shawn Oller
Peter C. Prynkiewicz
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
*Carvana, LLC*

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*s/ R. Shawn Oller*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 11th day of January, 2022, to:

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204
joshua@cardenlivesay.com
*Attorney for Plaintiff*

*s/Stephany Mitchell*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-