R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant
Carvana, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L. Gilliard III,<br><br>    Plaintiff,<br><br>v.<br><br>Carvana, LLC,<br><br>    Defendant. | Case No. 2:20-cv-01923-ROS<br><br>**NOTICE OF SETTLEMENT** |

    Defendant Carvana, LLC and Plaintiff William L. Gilliard III, through undersigned counsel, hereby give notice that the parties have reached a settlement of the claims in the above-referenced matter. The parties anticipate that they will file a stipulation and formal order for dismissal of this case with prejudice within the next 30 days.

    DATED this 21st day of January 2022.

| | |
|---|---|
| *s/ Joshua W. Carden (with permission)*<br>Joshua W. Carden<br>CARDEN LIVESAY, LTD.<br><br>*Attorney for Plaintiff*<br>*William L. Gilliard III* | *s/ R. Shawn Oller*<br>R. Shawn Oller<br>Peter C. Prynkiewicz<br>LITTLER MENDELSON P.C.<br><br>*Attorneys for Defendant*<br>*Carvana, LLC* |

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1  I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

2

3

4

5  *s/ R. Shawn Oller*

6  I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 21st day of January, 2022, to:

7

8

9

10

11  Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue, Suite 103
Mesa, Arizona 85204
joshua@cardenlivesay.com
*Attorney for Plaintiff*

12

13

14

15  *s/Stephany Mitchell*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-