# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William L Gilliard, III, | No. CV-20-01923-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Carvana LLC, et al., | |
| Defendants. | |

The parties have jointly filed a Stipulation for Dismissal with Prejudice (Doc. 38). Good cause appearing,

**IT IS ORDERED** the Stipulation for Dismissal with Prejudice (Doc. 38) is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall terminate this action.

Dated this 24th day of February, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge